UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CURTIS THOMAS,

Petitioner,

v. 4:18cv519–WS/CAS

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

Respondent.

______________________________

ORDER DISMISSING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 14) dated July 18, 2019. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as successive. The petitioner has filed no objections to the report and recommendation.

Because there is nothing in the record that reflects that the petitioner has been granted leave by the Eleventh Circuit to file a second or successive habeas corpus petition, this court lacks the authority to consider the petitioner's claim. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 14) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus is DISMISSED as an unauthorized successive petition, over which this court lacks jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed for lack of jurisdiction."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this 20th day of August, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE